## ALICE Y. CHYUNG *v.* CHI HAN CHYUNG

The plaintiff's petition for certification for appeal from the Appellate Court, 86 Conn. App. 665 (AC 24463), is denied.

*John R. Williams,* in support of the petition.

*Allan M. Cane,* in opposition.

Decided February 10, 2005

## FLEET NATIONAL BANK *v.* CYNTHIA L. LAHM

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 403 (AC 24653), is denied.

*Glenn T. Terk* and *P. Jo Anne Burgh,* in support of the petition.

*Houston Putnam Lowry* and *Julie A. Morgan,* in opposition.

Decided February 10, 2005

## JUAN SEABROOK *v.* COMMISSIONER OF CORRECTION

The petitioner Juan Seabrook's petition for certification for appeal from the Appellate Court, 86 Conn. App. 906 (AC 24795), is denied.

*Owen Chace,* special public defender, in support of the petition.

*Eileen F. McCarthy,* assistant state's attorney, in opposition.

Decided February 10, 2005